```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 09989
   TOJA MONIQUE COLLINS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5061

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/16/2006 and was confirmed 02/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/26/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
UNITED CREDIT UNION      SECURED VEHIC   18000.00        268.76       3124.84
UNITED CREDIT UNION      UNSECURED        6456.09          .00           .00
ECMC                     UNSECURED        3432.77          .00           .00
ISAC IDAPP               UNSECURED        1700.63          .00           .00
SALLIE MAE SERVICING     NOTICE ONLY    NOT FILED          .00           .00
SALLIE MAE SERVICING     NOTICE ONLY    NOT FILED          .00           .00
SALLIE MAE SERVICING     NOTICE ONLY    NOT FILED          .00           .00
SALLIE MAE SERVICING     NOTICE ONLY    NOT FILED          .00           .00
SALLIE MAE SERVICING     NOTICE ONLY    NOT FILED          .00           .00
PARAGON WAY INC          UNSECURED         191.35          .00           .00
SALLIE MAE SERVICING     NOTICE ONLY    NOT FILED          .00           .00
MELVIN J KAPLAN          DEBTOR ATTY         .00                         .00
TOM VAUGHN               TRUSTEE                                      206.40
DEBTOR REFUND            REFUND                                          .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              3,600.00

PRIORITY                                          .00
SECURED                                      3,124.84
   INTEREST                                    268.76
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           206.40
DEBTOR REFUND                                     .00
                   -------------          -------------
TOTALS               3,600.00                3,600.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 09989 TOJA MONIQUE COLLINS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/27/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 06 B 09989 TOJA MONIQUE COLLINS